CATHERINE M. E. LILIENTHAL, EXECUTRIX OF THE LAST WILL AND TESTAMENT OF HENRY LILIENTHAL, DECEASED, PLAINTIFF IN ERROR, VS. EDWARD F. CLARK AND THOMAS F. LOFTUS, PARTNERS DOING BUSINESS AS CLARK & LOFTUS, DEFENDANTS IN ERROR.

Writ of Error to Circuit Court Duval county.

*Walker & L'Engle*, for Plaintiff in Error.

*A. W. Cockrell & Son*, for Defendants in Error.

This action was brought by Henry Lilienthal, as plaintiff, against Charles M. Conroy. Clark & Loftus interposed a claim to property levied on. There was judgment for the claimants and the plaintiff takes writ of error. Subsequently the plaintiff in error died, and Catherine M. E. Lilienthal, Executrix, was made party plaintiff in error. The judgment is affirmed.

Decision Per Curiam.